UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY VINCENT SAPP, SR.,<br><br>    Petitioner,<br><br>    v.<br><br>J. MARSHAL, WARDEN,<br><br>    Respondent. | NO. CV 08-3997 CAS (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that the portions of Ground One asserting claims of ineffective assistance of counsel for (1) counsel's failure to research the arresting officers' reason for stopping petitioner or for searching his vehicle and (2) counsel's failure "to clearly inform petitioner of the so-called two strikes he was facing" and the portion of Ground Two that alleges that the trial judge abused his discretion by stating

/ / /

/ / /

/ / /

/ / /

that petitioner took additional time to consult with counsel during his plea and then acknowledged that he had enough time to speak with counsel are dismissed for failure to exhaust.

DATED: 1/14/10

_____
CHRISTINA A. SNYDER
United States District Judge

2