UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY VINCENT SAPP, Sr., | CASE NO. CV 08-3997 CAS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| J. MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  January 13, 2011

_____
CHRISTINA A. SNYDER
United States District Judge